# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-00880-002-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Adrian Rodriguez, | |
| Defendant. | |

Upon Motion to Withdraw (Doc. 102), filed by Defense Counsel, Brad Roach, and good cause shown;

IT IS ORDERED the motion is GRANTED IN PART.

IT IS FURTHER ORDERED retained attorney, Brad Roach, is relieved of any further responsibilities in this matter. CJA attorney, Francisco Leon, is temporarily appointed as counsel for Defendant. A Status Conference/Attorney Appointment Determination Hearing is set for 9/9/2022 at 10:30am. Defendant shall be prepared to provide this court with a new financial affidavit at the hearing.

Dated this 26th day of August, 2022.

Honorable Lynnette C. Kimmins
United States Magistrate Judge

Cc: Roach, Leon, AUSA Bolling